UST-32 PHX, 3/03

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MATTHEWS, JEANNE ANN | ) | Case No. 04-05436-PHX RTB |
| AKA JEANNE MATTHEWS RUSSELL | ) | |
| AKA JEANNE MATTHEWS BRYANT | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |

ROBERT P. ABELE, Trustee, reports that the following dividend check has been issued and returned to our office. We have been unable to locate the debtor:

| CK# | DATE ISSUED | CREDITOR'S NAME & ADDRESS | AMOUNT |
|---|---|---|---|
| 105 | 02/04/10 | JEANNIE ANN MATTHEWS<br>5938 W. DESERT COVE AVE.<br>GLENDALE, AZ 85304-3765 | $1,314.09 |

The Trustee asks that an order be entered pursuant to Sec.347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,314.09 to the Clerk of Court to be deposited in the Registry thereof.

04/23/10
DATE

/s/ Robert P. Abele
ROBERT P. ABELE, Trustee